

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00274-CV

TREVOR WAYNE IRELAND                                          APPELLANT

V.

SENIOR HEALTHCARE                                            APPELLEE
CONSULTANTS

\----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

\----------

## MEMORANDUM OPINION[1] AND JUDGMENT

\----------

We have considered "Appellant's Unopposed Motion To Dismiss Appeal."

It is the court's opinion that the motion should be granted; therefore, we dismiss

the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which

let execution issue.  *See* Tex. R. App. P. 43.4.

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  November 8, 2012